1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY J. OLSON,<br><br>                          Plaintiff,<br><br>        v.<br><br>ERIC H. HOLDER, JR., and OTHER<br>FEDERAL PEOPLE<br><br>                          Defendants. | NO:  12-CV-0454-TOR<br><br>ORDER DISMISSING CASE WITH<br>PREJUDICE |

        On June 29, 2012, Plaintiff filed a Complaint (ECF No. 1) and an

Application to Proceed In Forma Pauperis (ECF No. 2). The Complaint was filed

without payment of the filing fee, and the assigned judicial officer was directed to

review the Complaint for legal sufficiency and determine whether to direct service.

ECF No. 3.

        Pursuant to 28 U.S.C. § 1915(e)(2), "[n]otwithstanding any filing fee, or any

portion thereof, that may have been paid, the court shall dismiss the case at any

time" if the court finds the action is "frivolous or malicious." 28 U.S.C. §

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

1915(e)(2)(B)(i). This action is frivolous because it lacks an arguable basis in either law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

**Accordingly, IT IS HEREBY ORDERED:**

1.  This action is **DISMISSED WITH PREJUDICE.**

2.  Plaintiff is advised that the filing of further frivolous and malicious actions will result in the imposition of more serious sanctions than dismissal.

The District Court Executive is hereby directed to enter this Order, furnish copies to Plaintiff, and **CLOSE** the file.

**DATED** this 13th day of August, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge